App. Div.]                Second Department, May, 1927.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE S. ABELL, Appellant, v. JOHN H. CLARKSON and Others, as and Composing the Board of Trustees of the Village of Cornwall, Appellants. JOHN E. PRESTON and WILLIAM W. STUART, Intervenors, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

MAURICE J. RETHEN, Appellant, v. JEANETTE RETHEN, Respondent.— Upon stipulation, motion to dismiss appeal denied; but the case is set down for the October term. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THOMAS WATTS, as Trustee, etc., Respondent, v. ELIZABETH LOOMIS STRATTON Cox, Individually and as Executrix, etc., and Others, Defendants. CHARLES SUNDSTROM and OGERITA MERRILL GIRAULT, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

ABRAHAM ADLER, Respondent, v. SAMUEL LIZAN and TRIANGLE JEWELRY CO., INC., Appellants.— Order denying motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. We think the subjects mentioned in the notice are matters concerning which the burden of proof rests with the plaintiff to maintain his action. While the use in the notice of the word " concerning," in referring to the various subjects, renders the scope of the examination somewhat indefinite, that is a matter which may be properly controlled and limited by the judge before whom the examination is held. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ALICE K. ANDERSON, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order dismissing amended complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JOSEY ANDERSON, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order dismissing amended complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

J. EDWARD BIRMINGHAM, Respondent, v. CHARLES H. PFINGSTHORN, Appellant.— Judgment of the City Court of Mount Vernon, and orders denying new trial, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

JULIUS COHEN, by BENJAMIN COHEN, His Guardian ad Litem, Respondent, v. JULIUS ROSE, Appellant, Impleaded with CLEMENS GOLDSTEIN, Defendant.— Judgment and order denying new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BENJAMIN COHEN, Respondent, v. JULIUS ROSE, Appellant, Impleaded with CLEMENS GOLDSTEIN, Defendant.— Judgment and order denying new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ESSIE COHN (Amended to ESSIE STARR), Appellant, v. DAVID HEIDEN, Respondent.— Judgment and order reversed upon the facts, and new trial granted, costs to abide the event. We think the verdict is against the weight of evidence. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.